IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,

                Plaintiff,

v.

ELI LILLY AND COMPANY,

                Defendant.

Case No. 3AN-06-05630 CI

**NOTICE OF REMOVAL**

TO:      Clerk of Court
            The Superior Court for the State of Alaska, Third Judicial District

AND TO:  Plaintiff State of Alaska
            Eric T. Sanders, Esq.
            Feldman Orlansky & Sanders
            500 L Street, Suite 400
            Anchorage, Alaska 99501-5911
            Tel:   272-3538
            Fax:  274-0819

PLEASE TAKE NOTICE pursuant to the provision of 28 U.S.C. §§ 1331, 1441, and 1446 a Notice of Removal, a copy of which is attached hereto as Ex. A, effecting the removal for all purposes of *State of Alaska v. Eli Lilly and Company,* Case No. 3AN-06-05630 CI, to the United States District Court for the District of Alaska from Superior Court for the State of Alaska, Third Judicial District at Anchorage was filed by the above-actual-named defendants on April 19, 2006, with the clerk of the United States District Court for the District of Alaska.

/

/

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

EXHIBIT C
PAGE 1 OF 2

DATED this 19th day of April, 2006.

LANE POWELL LLC
Attorneys for Defendant

By _____
Brewster H. Jamieson, ASBA No. 8411122

I certify that on April 19, 2006, a copy of the foregoing was served by mail on:

Eric T. Sanders, Esq.
Feldman Orlansky & Sanders
500 L. Street, Suite 400
Anchorage, Alaska 99501-5911

Matthew L Garretson, Esq.
Joseph W. Steele, Esq.
Garretson & Steele
9545 Kenwood Road, Suite 304
Cincinnati, Ohio 45242-6100

H. Blair Hahn, Esq.
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard, Building A
Mount Pleasant, South Carolina 29464-4190

_____
Nanci L. Biggerstaff, CPS, PLS
121873.0001/154723.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631