UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 1 1 2005 ★
BROOKLYN OFFICE

IN RE- ZYPREXA LITIGATION

<u>ORDER</u>
04 MD 1596 (JBW)

------------------------------------------------X

It is expected that all discovery to date will be shared by past and incoming parties without the need for duplication.

                                  <u>s/Jack B. Weinstein</u>
                                  JACK B. WEINSTEIN
                                SR. UNITED STATES DISTRICT JUDGE

DATED: 1/5/05



EXHIBIT G
PAGE 1 OF 1