*State of Alaska v. Eli Lilly and Company*
Case No. 3:06-cv-_____

**Exhibits in Support of Defendant Eli Lilly and Company's Motion for Stay all Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation**

## TABLE OF CONTENTS

*Sisemore v. Merck & Company, Inc.,* 2006 U.S. Dist. LEXIS 16753 (April 6, 2006)......................A

*Gorea v. Gillette Co.,* No. 05 Civ. 2425, 2005 WL 2373440 (W.D. Tenn. Sept. 26, 2005).................................................................................................................................B

*U.S. Bank, Nat'l Ass'n v. Royal Indem. Co.,* No. 3:02-CV-0853-P, 2002 WL 31114069 (N.D. Tex. Sept. 23, 2002) ...................................................................................................C

*In re Diet Drugs Prods. Liab. Litig.* MDL 1203, No. 03-20370, 2004 WL 2624851 (E.D. Pa. Nov. 18, 2004) ......................................................................................................D

*Johnson v. Eli Lilly Co., Inc & Dr. J. Colvin,* No. 4:05-cv-02139-ERW (E.D. Mo. Feb. 27, 2006) ..........................................................................................................................E

*Falgoust v. Microsoft Corp.,* No. 00-0779, 2000 U.S. Dist. LEXIS 5417 (E.D. La. Apr. 19, 2000 ......................................................................................................................F

Order dated January 11, 2005, signed by the Honorable Jack B. Weinstein......................G

*Tench v. Jackson Nat'l Life Ins. Co.,* No. 99-cv-5182, 1999 WL 1044923 (N.D. Ill. Nov. 12, 1999) .............................................................................................................H

*American Seafood, Inc. v. Magnolia Processing, Inc.,* Nos. 92-1030, 92-1086, 1992 WL 102762 (E.D. Pa. May 7, 1992)..............................................................................I

*Wilbanks v. Merck & Co., Inc.,* No. 05-Civ. 1241, 2005 WL 2234071 (W.D. Tenn. Sep. 13, 2005).................................................................................................................J

*Egon v. Del-Val Fin. Corp.,* No. 90-4338, 1991 WL 13726 (D.N.J. Feb. 1, 1991) .........................K

*Rosenfeld v. Hartford Fire Ins. Co.,* Nos. 88-cv-2153, 88-cv-2252, 1988 WL 49065 (S.D.N.Y. May 12, 1988) .............................................................................................L