Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:   907-277-9511
Facsimile:    907-276-2631
Email:           jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>                           Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>                           Defendant. | Case No. 3:06-cv-_____-____<br><br><br><br>**ORDER GRANTING STAY** |

This matter, having come before the Court on defendant Eli Lilly and Company's Motion to Stay all Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation, all responses thereto, as well as applicable law;

IT IS ORDERED that defendant's motion is GRANTED. This matter is STAYED pending a ruling on transfer by the Judicial Panel on Multidistrict Litigation.

DATED this ____ day of April, 2006.

_____
United States District Court Judge

I certify that on April 19, 2006, a copy of the
foregoing was served by mail on:

Eric T. Sanders, Esq.
Matthew L Garretson, Esq.
Joseph W. Steele, Esq.
H. Blair Hahn, Esq.

_____
Nanci L. Biggerstaff, CPS, PLS
121873.0001/154736.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631