Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com

Attorneys for Defendant
Eli Lilly and Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>       Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>       Defendant. | Case No. 3:06-cv-00088-TMB<br><br>**RULE 7.2 DISCLOSURE** |

  Defendant Eli Lilly and Company, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that it does not have a parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

  DATED this 24th day of April, 2006.

            LANE POWELL LLC
            Attorneys for Defendant


            By   s/ Brewster H. Jamieson
             301 West Northern Lights Boulevard, Suite 301
             Anchorage, Alaska 99503-2648
             Tel: 907-277-9511
             Fax: 907-276-2631
             Email: jamiesonb@lanepowell.com
             ASBA No. 8411122

I certify that on April 24, 2006, a copy of the foregoing was served by ECF on:

Eric T. Sanders, Esq., sanders@frozenlaw.com

and by mail on:

Matthew L Garretson, Esq.
Joseph W. Steele, Esq.
H. Blair Hahn, Esq.

Nanci L. Biggerstaff, CPS, PLS
121873.0001/154840.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631