Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Email:      jamiesonb@lanepowell.com
Attorneys for Defendant
Eli Lilly and Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

STATE OF ALASKA,

                Plaintiff,

v.

ELI LILLY AND COMPANY,

                Defendant.

Case No. 3:06-cv-00088-TMB

**NOTICE OF COMPLIANCE RE STATE COURT FILE AND SERVICE LIST**

      PLEASE TAKE NOTICE that defendant, by and through counsel, herewith complies with the Court's Order to Petitioner Subsequent to Removal (Docket No. 3), by attaching a copy of the state court file, which consist of the Complaint and Summons (Ex. A). Defendant further provides the following service information:

| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
|---|---|
| Eric T. Sanders | Brewster H. Jamieson |
| Feldman Orlansky & Sanders | Lane Powell LLC |
| 500 L Street, Suite 400 | 301 West Northern Lights Boulevard, Suite 301 |
| Anchorage, Alaska 99501-5911 | Anchorage, Alaska 99503-2648 |
| Tel:  272-3538 | Tel:   907-277-9511 |
| Fax:  274-0819 | Fax:  907-276-2631 |
| Email:  sanders@frozenlaw.com | Email:  jamiesonb@lanepowell.com |
| ASBA No. 7510085 | ASBA No. 8411122 |

DATED this 3rd day of May, 2006.

LANE POWELL LLC
Attorneys for Defendant


By   s/ Brewster H. Jamieson
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Tel:  907-277-9511
Fax:  907-276-2631
Email:  jamiesonb@lanepowell.com
ASBA No. 8411122

I certify that on May 3, 2006, a copy of the foregoing was served by ECF on:

Eric T. Sanders, Esq. sanders@frozenlaw.com

  s/ Brewster H. Jamieson

121873.0001/154982.1