
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ APR 10 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

------------------------------------------------------x         ORDER
                                                                MDL-1596
THIS DOCUMENT RELATES TO:

ALL ACTIONS

------------------------------------------------------x

Jack B. Weinstein, Senior United States District Judge:

    This order applies to all Zyprexa cases pending in this court except for those of the third-party payors.

    These cases have been pending for an excessive length of time. It is essential that they be promptly disposed of. *See* Fed. R. Civ. P. 1 ("[t]hese rules . . . shall be construed and administered to secure the just, speedy, and inexpensive determination of every action"). The court has several times insisted that a prompt resolution was required. *See, e.g., In re Zyprexa Prod. Liab. Litig.*, 04-MD-1596, 2006 WL 335448, at *1 (E.D.N.Y. Feb. 14, 2006).

    The cases were transferred to this court by the Multidistrict Litigation Panel in April of 2004. To expedite discovery, a special master for discovery was appointed and a Plaintiffs' Steering Committee of experienced lawyers began an intensive round of discovery. On June 30, 2005, discovery was stayed for 30 days on request of the parties. *See In re Zyprexa Prod. Liab. Litig.*, 04-MD-1596, 2005 WL 2237824, at *1 (E.D.N.Y. June 30, 2005).

    Extensive discovery has been conducted at great expense. A national, central depository of



Exhibit A
Opposition to Motion for Stay
Case No. 3:06-cv-00088-TMB

discovered materials has been organized and is readily available to all parties in both federal and state cases.

Many related cases have been brought in the states. Additional large numbers of cases are being brought on a continuous basis in federal and state courts. Coordination and cooperation between state and federal courts has been encouraged. *See, e.g., In re Zyprexa Prod. Liab. Litig.*, 04-MD-1596, 2004 WL 3520248, at *4 (E.D.N.Y. Aug. 18, 2004); letter dated January 30, 2006 to state judges with Zyprexa cases from assigned federal judge suggesting coordination and cooperation.

In order to properly supervise the federal cases, as required by the multidistrict assignment:

1. Motions for summary judgment and Daubert motions shall be made returnable on August 15, 2006 at 10:00 AM.

2. All cases filed in the Eastern District of New York and currently pending are set for trial on October 2, 2006 at 10:00 AM.

3. The special master for discovery shall act promptly to implement this order. He shall issue necessary case management orders to ensure that the deadlines in (1) and (2) will be met by all parties. He shall continue to supervise discovery and briefing schedules, emphasizing expedition.

SO ORDERED.

Jack B. Weinstein

Dated: April 6, 2006
Brooklyn, New York