UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL ACTIONS

------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 30 2006 ★

BROOKLYN OFFICE

ORDER
04-MD-1596

Jack B. Weinstein, Senior United States District Judge:

The following communication shall be sent to each state court judge who has a case related to Zyprexa (see Appendix A, attached):

> My dear Judge [Judge's name]
>
> The discovery in this multidistrict litigation has now progressed to the point where settlement and disposition of many of the cases is approaching completion. With regard to those cases that have not settled, it is expected that a motion for summary judgement with attendant Daubert motions will be made shortly.
> If you have any suggestion as to how your court and mine can assist each other regarding this litigation, I would be happy to hear from you. If you wish to attend any hearings in my court on these or any other motions, I would be pleased to have you on the bench. If you think that I should attend any hearings in your court, I would do so.
> I have asked the clerk to send you copies of all related orders and transcripts in this court. In the future you will be kept abreast of my orders and of any transcripts or hearings in my court regarding this multidistrict litigation.
> If there is anything else we can do to assist each other and counsel in the prompt disposition of these cases, by telephone conference or by any other means, please let me know.
> Best wishes for the New Year.
>
> Very respectfully,

Exhibit C
Opposition to Motion for Stay
Case No. 3:06-cv-00088-TMB

Jack B. Weinstein

SO ORDERED.

_____
Jack B. Weinstein

Dated: January 26, 2006
       Brooklyn, New York

APPENDIX A

<u>Cestare v. Eli Lilly and Company</u>
No judge assigned
Nassau County Supreme Court
100 Supreme Court Drive
Mineola, NY 11501

<u>Collins v. Eli Lilly and Company et al.</u>
The Honorable Thomas M. Grady
22nd Judicial Court of Missouri- St. Louis
Civil Courts Building
10 N. Tucker Boulevard
St. Louis, MO 63101

<u>Hall v. Eli Lilly and Company</u>
The Honorable Marisela Saldana
Nueces County Court at Law
901 Leopard Street
Room 703
Corpus Christi, TX 78401

<u>Hart v. Eli Lilly and Company et al.</u>
The Honorable Jacqueline Allen
Common Pleas Court
Philadelphia County
City Hall
Broad and Market Streets
Philadelphia, PA 19107

<u>Howard v. Eli Lilly and Company</u>
The Honorable Patsy Y. Porter
State Court of Fulton County Georgia
185 Central Avenue
Atlanta, GA 30303

<u>Kovacs v. Eli Lilly and Company</u>
<u>Mangham v. Eli Lilly and Company</u>
The Honorable Donald C. Johnson
Tippecanoe County Courthouse
Fourth Floor
301 Main Street
Lafayette, IN 47901

Proctor v. Eli Lilly and Company et al.
The Honorable John Riley
22nd Judicial Court of Missouri - St. Louis
Civil Courts Building
10 N. Tucker Boulevard
St. Louis, MO 63101