Eric T. Sanders
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:         sanders@frozenlaw.com

Attorneys for Plaintiff State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>                    Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>                    Defendant.<br>_____ | Case No. 3:06-cv-00088-TMB<br><br>**(*Proposed*)**<br>**ORDER DENYING DEFENDANT'S MOTION FOR STAY PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

   IT IS HEREBY ORDERED that defendant's Motion for Stay Pending Transfer by the Judicial Panel on Multidistrict Litigation is DENIED.

   DATED this ____ day of May, 2006.

                              _____
                              Timothy M. Burgess
                              U.S. District Court Judge

Certificate of Service

I certify that on May 8, 2006, a copy of the (*Proposed*) Order Denying Defendant's Motion for Stay Pending Transfer by the Judicial Panel on Multidistrict Litigation was served electronically on:

Brewster H. Jamieson

By /s/ Eric T. Sanders