Eric T. Sanders
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:          sanders@frozenlaw.com

Attorneys for Plaintiff State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　　Defendant.<br>_____ | Case No. 3:06-cv-00088-TMB<br><br>**REQUEST FOR ORAL ARGUMENT RE: MOTION FOR STAY PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

　　　　Pursuant to Local Rule 7.2(a), plaintiff State of Alaska, through counsel, hereby requests oral argument on Defendant's Motion for Stay Pending Transfer by the Judicial Panel on Multidistrict Litigation.

/

/

/

/

Request for Oral Argument Re: Motion for Stay
State of Alaska v. Eli Lilly and Company
Case No. 3:06-cv-00088-TMB
Page 1 of 2

DATED this 8th day of May, 2006.

By   /s/ Eric T. Sanders

FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   sanders@frozenlaw.com
[Alaska Bar No. 7510085]

Attorneys for Plaintiff State of Alaska

Certificate of Service
I certify that on May 8, 2006, a copy
of the foregoing Request for Oral Argument
Re: Motion for Stay was served
electronically on:

Brewster H. Jamieson

By   /s/ Eric T. Sanders

Request for Oral Argument Re: Motion for Stay
State of Alaska v. Eli Lilly and Company
Case No. 3:06-cv-00088-TMB
Page 2 of 2