Eric T. Sanders
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:        sanders@frozenlaw.com

Attorneys for Plaintiff State of Alaska


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA, | |
| Plaintiff, | |
| | Case No. 3:06-cv-00088-TMB |
| v. | |
| ELI LILLY AND COMPANY, | **PLAINTIFF S MOTION TO REMAND TO STATE COURT** |
| Defendant. | |
| _____ | |


Plaintiff State of Alaska, pursuant to 28 U.S.C. § 1447(c), hereby moves to remand this case to the Alaska Superior Court at Anchorage.    Plaintiff originally filed this action in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, on March 1, 2006; defendant filed a Notice of Removal to the United States District Court for the District of Alaska on April 19, 2006.  Plaintiff now requests that this court remand this case back to the Alaska Superior Court at Anchorage.  This motion is supported by the attached memorandum of law.

Plaintiff's Motion to Remand To State Court
Case No. 3:06-cv-00088-TMB
Page 1 of 2

RESPECTFULLY SUBMITTED this 8th day of May, 2006

By      /s/ Eric T. Sanders

FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:        sanders@frozenlaw.com
[Alaska Bar No. 7510085]

Attorneys for Plaintiff State of Alaska

Certificate of Service

I certify that on May 8, 2006, a copy of the
Plaintiff's Motion to Remand to State Court
was served electronically on:

Brewster H. Jamieson

By      /s/ Eric T. Sanders