Eric T. Sanders
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
Email: sanders@frozenlaw.com

Attorneys for Plaintiff State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| STATE OF ALASKA, | |
|---|---|
| Plaintiff, | Case No. 3:06-cv-00088-TMB |
| v. | **(*Proposed*)** |
| ELI LILLY AND COMPANY, | **ORDER GRANTING MOTION TO REMAND TO STATE COURT** |
| Defendant. | |
| _____ | |

IT IS HEREBY ORDERED that plaintiff's Motion to Remand to State Court is GRANTED. This case is remanded immediately to the Superior Court in Anchorage.

DATED this ____ day of May, 2006.

                                          _____
                                          Timothy M. Burgess
                                          U.S. District Court Judge

Certificate of Service

I certify that on May 8, 2006, a copy of the
(*Proposed)* Order Granting Motion to Remand
to State Court was served electronically on:

Brewster H. Jamieson

By /s/ Eric T. Sanders