Eric T. Sanders
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       sanders@frozenlaw.com

Attorneys for Plaintiff State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>            Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>            Defendant.<br>_____ | Case No. 3:06-cv-00088-TMB<br><br>**REQUEST FOR ORAL ARGUMENT RE: MOTION TO REMAND TO STATE COURT** |

      Pursuant to Local Rule 7.2(a), plaintiff State of Alaska, through counsel, hereby requests oral argument on its Motion to Remand to State Court.

/

/

/

/

Request for Oral Argument Re: Motion to Remand to State Court
State of Alaska v. Eli Lilly and Company
Case No. 3:06-cv-00088-TMB
Page 1 of 2

DATED this 8th day of May, 2006.

By     /s/ Eric T. Sanders

FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:        sanders@frozenlaw.com
[Alaska Bar No. 7510085]

Attorneys for Plaintiff State of Alaska


Certificate of Service
I certify that on May 8, 2006, a copy
of the foregoing Request for Oral Argument
Re: Motion to Remand to State Court
was served  electronically on:

Brewster H. Jamieson

By     /s/ Eric T. Sanders

Request for Oral Argument Re: Motion to Remand to State Court
State of Alaska v. Eli Lilly and Company
Case No. 3:06-cv-00088-TMB
Page 2 of 2