# Pepper Hamilton LLP
### Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

Matthew J. Hamilton
direct dial: 215-981-4053
hamiltom@pepperlaw.com

April 20, 2006



RECEIVED
APR 2 5 2006
FELDMAN ORLANSKY
& SANDERS

Via FedEx

Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

Re:  In re: Zyprexa Products Liability Litigation
     MDL Docket No. 1596

Dear Mr. Beck:

On behalf of Movant Eli Lilly and Company, I enclose for filing a Notice of Potential Tag-Along Action. I enclose a self-addressed, stamped envelope for your convenience in returning a filed stamped copy to me for our files.

Respectfully,

Matthew J. Hamilton

Enclosures

**Exhibit 1 - Request for Hearing**
**Re Communications with Judge**
**Weinstein**
**Case No. 3:06-cv-00088-TMB**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Zyprexa Products Liability Litigation        )
                                                   )
                                                   )   MDL No. 1596
                                                   )

### NOTICE OF POTENTIAL TAG-ALONG ACTION

Movant Eli Lilly and Company ("Lilly"), pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby notifies the Clerk of the Panel of a potential tag-along action as set forth in the attached Schedule and states as follows:

1. By Motion to Transfer dated December 22, 2003, filed by the Panel on December 31, 2003, Lilly sought consolidation and coordination of eight actions as set forth in the Schedule of Actions attached thereto.

2. By Transfer Order dated April 14, 2004, the Panel ordered that the actions subject to Lilly's Motion for Transfer be transferred to the District Court for the Eastern District of New York and assigned to the Honorable Jack B. Weinstein for coordinated and consolidated pretrial proceedings.

3. There is now an additional action pending in federal court that involves common questions of fact and law:

- <u>State of Alaska v. Eli Lilly and Company</u> (D.Alaska), in which plaintiff alleges that Alaska Medicaid recipients ingested Zyprexa® and suffered injuries as a result

4. A copy of the Complaint and a docket sheet are attached hereto for the Panel's Convenience.

5. The potential tag-along action, like those actions identified in the Schedule of Actions attached to Lilly's Motion to Transfer, involves allegations that Zyprexa® caused injuries, including diabetes.

6. Transfer of the potential tag-along action to the Eastern District of New York for consolidated and coordinated pre-trial proceedings is therefore appropriate for the same reasons as set forth in Lilly's Motion to Transfer and Brief in Support thereof.

Respectfully submitted,

Nina M. Gussack
Andrew R. Rogoff
Matthew J. Hamilton
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000
Attorneys for Defendant Eli Lilly and Company

Dated: April 20, 2006

## SCHEDULE

| Name of Action | District Court | Civil Number | Judge (if assigned) |
|---|---|---|---|
| State of Alaska v. Eli Lilly and Company | District of Alaska | 3:06-cv-00088-TMB | Hon. Timothy M. Burgess |

## CERTIFICATE OF SERVICE

I, Matthew J. Hamilton, hereby certify that on April 20, 2006, I caused to be served a true and correct copy of the foregoing Notice of Potential Tag-Along Action upon the following by United States Mail, first class postage prepaid.

Eric T. Sanders, Esq.
Feldman Orlansky & Sanders
500 L. Street, Suite 400
Anchorage, AK  99501

*/s/*
Matthew J. Hamilton