


McCarter & English, LLP
245 Park Avenue
New York, NY 10167
tel 212.609.6800
fax 212.609.6921
www.mccarter.com

**RECEIVED APR 2 4 2006 FELDMAN ORLANSKY & SANDERS**

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

April 20, 2006

Honorable Jack B. Weinstein
Senior Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>State of Alaska v. Eli Lilly and Company</u>

Dear Judge Weinstein:

    Enclosed please find as-filed copies of the Notice of Removal and Defendant Eli Lilly and Company's Motion to Stay All Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation in the case of State of Alaska v. Eli Lilly & Co., including all exhibits.

                                 Respectfully submitted,

                                 Samuel J. Abate, Jr.
                                 (SA 0915)

cc:  Eric T. Sanders, Esq.
      Matthew L. Garretson, Esq.
      H. Blair Hahn, Esq.

**Exhibit 3 - Request for Hearing Re Communications with Judge Weinstein**
**Case No. 3:06-cv-00088-TMB**

| HARTFORD | STAMFORD | NEW YORK CITY | NEWARK | PHILADELPHIA | WILMINGTON | BALTIMORE |
|---|---|---|---|---|---|---|
| 860.275.6700 | 203.324.1800 | 212.609.6800 | 973.622.4444 | 215.979.3800 | 302.984.6300 | 410.659.8500 |