Eric T. Sanders
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:         sanders@frozenlaw.com

Attorneys for Plaintiff State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA, <br><br> Plaintiff, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. <br> _____ | Case No. 3:06-cv-00088-TMB <br><br> **MOTION FOR PROTECTIVE ORDER PROHIBITING PREMATURE DEPOSITION** |

The State of Alaska moves, pursuant to Civil Rule 26(c), for a protective order prohibiting defendant Eli Lilly and Company from conducting an out-of-state deposition of one of its key witnesses, Dr. Beasley, on five days notice. The notice of deposition that was served yesterday violates Civil Rule 30(b)(1), which requires reasonable notice, and Rule 30(a)(2)(C), which prohibits any deposition, without leave of court, before the parties' planning meeting has occurred.

This motion is supported by the accompanying memorandum and exhibits.

DATED this 19th day of May, 2006.

By   /s/ Eric T. Sanders

FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   sanders@frozenlaw.com
[Alaska Bar No. 7510085]

Attorneys for Plaintiff State of Alaska

Certificate of Service

I certify that on May 19, 2006, a copy of the foregoing Motion for Protective Order Prohibiting Premature Deposition was served electronically on:

Brewster H. Jamieson

By   /s/ Eric T. Sanders