Eric T. Sanders
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       sanders@frozenlaw.com

Attorneys for Plaintiff State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　Defendant.<br>_____ | Case No. 3:06-cv-00088-TMB<br><br>**(*Proposed*)**<br>**ORDER GRANTING MOTION**<br>**FOR PROTECTIVE ORDER**<br>**PROHIBITING PREMATURE**<br>**DEPOSITION** |

　　　　For the reasons stated in the plaintiff's motion, this court grants the Motion for Protective Order Prohibiting Premature Deposition. Eli Lilly and Company is prohibited from conducting the deposition of Dr. Beasley in this case on May 23, 2006.

　　　　DATED this ____ day of May, 2006.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

Certificate of Service

I certify that on May 19, 2006, a copy of the (*Proposed)* Order Granting Motion for Protective Order Prohibiting Premature Deposition was served electronically on:

Brewster H. Jamieson

By /s/ Eric T. Sanders