Eric T. Sanders
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
Email: sanders@frozenlaw.com

Attorneys for Plaintiff State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>              Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>              Defendant.<br>_____ | Case No. 3:06-cv-00088-TMB<br><br>**MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER PROHIBITING PREMATURE DEPOSITION** |

**Statement of Facts**

This case involves claims by the State of Alaska against Eli Lilly and Company arising out of Lilly's manufacture and distribution of the drug Zyprexa, and the costs incurred by Alaska because of problems caused by this drug. This case was filed only ten weeks ago, and is still in its early stages. Initial disclosures have not been exchanged, and Alaska has received <u>no</u> discovery. Lilly has moved for a stay of all proceedings.

One of Lilly's key witnesses is Dr. Charles Beasley. Dr. Beasley is a Lilly employee who was closely involved in the development of Zyprexa.

Ignoring its own pending motion for a stay, on Thursday, May 18, Lilly's counsel served Alaska's counsel with notice that Dr. Beasley will be deposed in Indianapolis on May 23. [Exhibit 1] Lilly's counsel stated: "Our position is that this is your opportunity to depose Dr. Beazley [sic], and we will resist any attempt to re-depose him in this case." [Exhibit 2]

Numerous other cases related to Zyprexa have been filed in other jurisdictions, and some have been consolidated in a multi-district litigation. The Indiana deposition is scheduled in connection with those other cases. Lilly has moved to consolidate this case with the multi-district litigation, but that motion has not yet been ruled on, and for reasons stated in Plaintiff's Motion for Remand [Docket No. 10] Alaska contends this case should not be consolidated, and should be remanded to state court.

**Argument**

**THIS COURT SHOULD PROHIBIT LILLY FROM SCHEDULING AN OUT-OF-STATE DEPOSITION ON FIVE DAYS, ESPECIALLY AT THIS EARLY STAGE OF THE CASE.**

This court should enter an order pursuant to Civil Rule 26(c) prohibiting Lilly from proceeding with the May 23 deposition of Dr. Beasley in this case. Alaska is not asking that this court interfere with the deposition as it is currently

scheduled in connection with other cases that are already a part of the multi-district litigation.

Lilly's attempt to make the May 23 deposition Alaska's sole opportunity to examine Dr. Beasley is completely improper. Regardless of whether this case ultimately is consolidated with the multi-district litigation, Alaska should not be deprived of its right to participate meaningfully in a deposition of one of Lilly's key witnesses. With five days notice and without any discovery, Alaska's counsel cannot reasonably be expected to prepare for a deposition. It is not even certain Alaska's counsel can rearrange all of his previous professional commitments and get a plane reservation to Indianapolis in time to attend the deposition.

Scheduling any deposition in this case is premature pursuant to Alaska Civil Rule 30(a)(2)(C), which requires a party to seek leave of court before noticing a deposition prior to the parties' planning conference in connection with Rule 26(d). That conference has not occurred, and Lilly has not sought leave of court to take this deposition.

Scheduling an out-of-state deposition on five days notice also violates Civil Rule 30(b)(1), which requires a party to give <u>reasonable notice</u> prior to the deposition. Five days notice of an out-of-state deposition is absolutely not reasonable.

This court should require Lilly to abide by standard civil rules and not permit Lilly to deny Alaska its chance to depose Dr. Beasley on reasonable notice,

after Alaska has received reasonable discovery to enable it to prepare for an expert deposition.

DATED this 19th day of May, 2006.

By    /s/ Eric T. Sanders

FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:        sanders@frozenlaw.com
[Alaska Bar No. 7510085]

Attorneys for Plaintiff State of Alaska

Certificate of Service

I certify that on May 19, 2006, a copy of the foregoing Memorandum in Support of Motion for Protective Order Prohibiting Premature Deposition was served electronically on:

Brewster H. Jamieson

By    /s/ Eric T. Sanders