Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
Email:         jamiesonb@lanepowell.com

Attorneys for Defendant
Eli Lilly and Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>                        Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>                        Defendant. | Case No. 3:06-cv-00088-TMB<br><br>**CROSS-NOTICE OF TAKING<br>VIDEOTAPED DEPOSITION<br>OF DR. CHARLES BEASLEY** |

      PLEASE TAKE NOTICE that the videotaped deposition examination of Dr. Charles Beasley, will commence on **May 23, 2006 and continue on May 24, 2006**, at the offices of **Barnes & Thornburg, 11 South Meridian Street, Indianapolis, Indiana 46204-3535 (317-236-1313)**, or at another mutually agreed upon by the parties, and will continue day to day, Sundays and holidays excepted, until completed.

      Counsel wishing to appear telephonically may do so by dialing 800-930-8726, passcode 9006795.

      Attached hereto as Exhibit A is the Notice To Take Oral and Videotaped Deposition in *In Re: Zyprexa Products Liability Litigation*, pending in the United States District Court Eastern District of New York, Case No. MDL-1596.

      Attached hereto as Exhibit B is Case Management Order No. 3 (Protective Order) lodged in *In Re: Zyprexa Products Liability Litigation*, pending in the United States District Court Eastern District of New York, Case No. MDL-1596. Any counsel participating in this deposition must agree to the confidentiality provisions of this Protective Order.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Attached hereto as Exhibit C is Case Management Order No. 15 (Deposition Guidelines) lodged in *In Re: Zyprexa Products Liability Litigation,* pending in the United States District Court Eastern District of New York, Case No. MDL-1596. These Deposition Guidelines govern the procedures employed in this deposition.

DATED this 18th day of May, 2006.

LANE POWELL LLC
Attorneys for Defendant

By _____
Brewster H. Jamieson, ASBA No. 8411122

I certify that on May 18, 2006, a copy of the foregoing was served by hand on:

Eric T. Sanders, Esq.

and by facsimile on:

Matthew L Garretson, Esq.
Joseph W. Steele, Esq.
H. Blair Hahn, Esq.

_____
Nanci L. Biggerstaff, CPS, PLS
121873.0001/155172.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Cross-Notice of Taking Videotaped Deposition of Dr. Charles Beasley
*State of Alaska v. Eli Lilly and Company* (Case No. 3:05-cv-00088-TMB)
Page 2 of 2

Exhibit 1, Page 2 of 2
Memorandum Re:
Motion for Protective