**LANE POWELL**
ATTORNEYS & COUNSELORS

*Brewster H. Jamieson, Esq.*
*Direct Dial (907) 264-3325*
*JamiesonB@LanePowell.com*

May 18, 2006

**HAND DELIVERED**

Eric T. Sanders, Esq.
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, Alaska 99501-5911

RECEIVED
MAY 1 8 2006
FELDMAN ORLANSKY
& SANDERS
HD

Re:  *State of Alaska v. Eli Lilly and Company*
     Our File No. 121873.1

Dear Eric:

        Per our discussion today, enclosed is the cross-notice of deposition of Dr. Charles Beazley, originally noticed in the MDL case pending before Judge Weinstein.

        Our position is that this is your opportunity to depose Dr. Beazley, and we will resist any attempt to re-depose him in this case.

        Please let me know if you have any questions concerning the enclosed, and please advise whether you or your co-counsel will be in attendance.

                                Very truly yours,

                                LANE POWELL LLC

                                Brewster H. Jamieson

nlb
Enclosure
cc:   Andrew R. Rogoff, Esq.
      Rachel B. Weil, Esq.
121873.0001/155176.1

**Exhibit 2**
**Memorandum Re:**
**Motion for Protective**

WWW.LANEPOWELL.COM

T. 907.277.9511
F. 907.276.2631

LANE POWELL LLC

SUITE 301
301 W. NORTHERN LIGHTS BLVD.
ANCHORAGE, ALASKA 99503-2648

LAW OFFICES

ANCHORAGE, AK . OLYMPIA, WA
PORTLAND, OR . SEATTLE, WA
LONDON, ENGLAND