Eric T. Sanders
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:         sanders@frozenlaw.com

Attorneys for Plaintiff State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant.<br>_____ | Case No. 3:06-cv-00088-TMB<br><br>**MOTION FOR DECISION ON SHORTENED TIME** |

Plaintiff State of Alaska moves this court in accordance with Local Rule 7.2(c) for expedited consideration of its Motion for Protective Order Prohibiting Premature Deposition. Yesterday, defendant served a notice of a deposition in Indianapolis of defendant's chief in-house expert on Tuesday-Wednesday, May 23-24, 2006. There has been no discovery in this case, and no initial disclosures. It is outrageous to give five days notice of an out-of-state deposition of one of the defendant's key witnesses, and to require Alaska's counsel to make instant travel

Motion for Decision on Shortened Time
State of Alaska v. Eli Lilly and Company
Case No. 3:06-cv-00088-TMB
Page 1 of 3

arrangements to take a critical deposition with no opportunity to prepare. The short notice at this early stage of the case violates both Civil Rule 30(a)(2)(C) and 30(b)(1).

An expedited ruling is needed because the defendant served notice of the out-of-state deposition without allowing the ordinary response time before the scheduled deposition. A decision is needed by noon on Monday, May 22, 2006.

As attested by the accompanying affidavit, undersigned counsel telephoned Brewster Jamieson, counsel for defendant, and asked him to withdraw the deposition notice as applied to this case. Mr. Jamieson stated that he had no authority to do that today. Thus, Lilly's position remains that the imminent Indianapolis deposition is Alaska's only opportunity to depose Dr. Beasley. Hence, in order to protect its rights, Alaska must ask this court for relief on an expedited basis.

Mr. Jamieson will be served electronically with this motion and the motion for protective order simultaneously with this filing with the court.

/

/

/

/

/

Motion for Decision on Shortened Time
State of Alaska v. Eli Lilly and Company
Case No. 3:06-cv-00088-TMB
Page 2 of 3

DATED this 19th day of May, 2006.

By   /s/ Eric T. Sanders

FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   sanders@frozenlaw.com
[Alaska Bar No. 7510085]

Attorneys for Plaintiff State of Alaska

Certificate of Service

I certify that on May 19, 2006, a copy of the foregoing Motion for Decision on Shortened Time was served electronically on:

Brewster H. Jamieson

By   /s/ Eric T. Sanders

Motion for Decision on Shortened Time
State of Alaska v. Eli Lilly and Company
Case No. 3:06-cv-00088-TMB
Page 3 of 3