Eric T. Sanders
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   sanders@frozenlaw.com

Attorneys for Plaintiff State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>        Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant.<br>_____ | Case No. 3:06-cv-00088-TMB<br><br>***(Proposed)***<br>**ORDER GRANTING MOTION FOR DECISION ON SHORTENED TIME** |

Plaintiff's Motion for Decision on Shortened Time is granted.  Eli Lilly may file a response to the Motion for Protective Order Prohibiting Premature Deposition before 11:00 a.m. on May 22, 2006, and the court will issue a decision on that Motion by noon on May 22, 2006.

        DATED this ____ day of May, 2006.


                                    _____
                                    Timothy M. Burgess
                                    U.S. District Court Judge

<u>Certificate of Service</u>

I certify that on May 19, 2006, a copy of the (*Proposed*) Order Granting Motion for Decision on Shortened Time  was served electronically on:

Brewster H. Jamieson

By /s/ Eric T. Sanders