Eric T. Sanders
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       sanders@frozenlaw.com

Attorneys for Plaintiff State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | Case No. 3:06-cv-00088-TMB<br><br>**AFFIDAVIT OF ERIC T. SANDERS IN SUPPORT OF MOTION FOR DECISION ON SHORTENED TIME** |

STATE OF ALASKA   )
           ) ss.
THIRD JUDICIAL DISTRICT )

Eric T. Sanders, being first duly sworn upon oath deposes and says:

1. I am counsel for the State of Alaska in this case.

2. This case is still in its early stages. I have received no discovery from the defendant, and the parties have not yet held their planning meeting as required under Civil Rule 26(d).

Affidavit of Eric T. Sanders in Support of
Motion for Decision on Shortened Time
Case No. 3:06-cv-00088-TMB
Page 1 of 3

3. Eli Lilly previously moved to stay all proceedings in this case. Other pending motions raise the question whether there is federal jurisdiction over this matter or whether the case should be remanded to state court/

4. Yesterday I received the notice of deposition of Dr. Beasley and the cover letter from Mr. Jamieson, counsel for Eli Lilly, which are attached as Exhibits 1 and 2 to the Memorandum in Support of Motion for Protective Order Prohibiting Premature Deposition.

5. Today I telephoned Mr. Jamieson and asked him to withdraw the notice of deposition because it is premature under the rules and it is wholly unreasonable to expect me to prepare for and participate in this deposition on such short notice.

6. Mr. Jamieson advised that he has no authority to withdraw the notice.

7. A decision by this court is needed by noon on Monday, May 22, because the deposition is scheduled in Indianapolis on May 23.

_____
Eric T. Sanders

SUBSCRIBED AND SWORN to before me this 19th day of May, 2006, at Anchorage, Alaska.

_____
Peggy S. Crowe, Notary Public
My commission expires: 7/29/2006

Affidavit of Eric T. Sanders in Support of
Motion for Decision on Shortened Time
Case No. 3:06-cv-00088-TMB
Page 2 of 3

Certificate of Service

I certify that on May 19, 2006, a copy of the foregoing Affidavit of Eric T. Sanders in Support of Motion for Decision on Shortened Time was served electronically on:

Brewster H. Jamieson

By___ /s/ Eric T. Sanders

Affidavit of Eric T. Sanders in Support of
Motion for Decision on Shortened Time
Case No. 3:06-cv-00088-TMB
Page 3 of 3