Eric T. Sanders
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   sanders@frozenlaw.com

Attorneys for Plaintiff State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>             Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>             Defendant.<br>_____ | Case No. 3:06-cv-00088-TMB<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

      Pursuant to Local Rule 7.1(h)(1)[B], plaintiff gives notice of the following supplemental authority that is relevant to Plaintiff's Opposition to Defendant's Motion for Stay Pending Transfer by the Judicial Panel on Multidistrict Litigation, Docket No. 8, at pages 3-9:  *State of West Virginia ex rel. McGraw v. Eli Lilly and Company,* Case No. 3:06-0298, Memorandum Opinion and Order [denying stay

pending possible transfer to the MDL] (S.D. W. Va. May 11, 2006). A copy of this unpublished decision is attached as Exhibit A.

DATED this 19th day of May, 2006.

By    /s/ Eric T. Sanders

FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:         sanders@frozenlaw.com
[Alaska Bar No. 7510085]

Attorneys for Plaintiff State of Alaska

Certificate of Service

I certify that on May 19, 2006, a copy of the foregoing Notice of Supplemental Authority was served electronically on:

Brewster H. Jamieson

By    /s/ Eric T. Sanders