Eric T. Sanders
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       sanders@frozenlaw.com

Attorneys for Plaintiff State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>             Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>             Defendant.<br>_____ | Case No. 3:06-cv-00088-TMB<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER PROHIBITING PREMATURE DEPOSITION** |

Plaintiff hereby withdraws its Motion for Protective Order Prohibiting Premature Deposition. Plaintiff was served on this date with a notice of cancellation of the deposition of Dr. Charles Beasley making the motion for protective order unnecessary.

/

/

/

Notice of Withdrawal of Motion for Protective Order
State of Alaska v. Eli Lilly and Company
Case No. 3:06-cv-00088-TMB
Page 1 of 2

DATED this 22nd day of May, 2006.

By   /s/ Eric T. Sanders

FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
Email:  sanders@frozenlaw.com
[Alaska Bar No. 7510085]

Attorneys for Plaintiff State of Alaska

Certificate of Service

I certify that on May 22, 2006, a copy of the
foregoing  Notice of Withdrawal of Motion
for Protective Order was served electronically on:

Brewster H. Jamieson

By   /s/ Eric T. Sanders

Notice of Withdrawal of Motion for Protective Order
State of Alaska v. Eli Lilly and Company
Case No. 3:06-cv-00088-TMB
Page 2 of 2