Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:   907-277-9511
Facsimile:   907-276-2631
Email:        jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>         Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>         Defendant. | Case No. 3:06-cv-00088-TMB<br><br>**PROPOSED**<br>**ORDER DENYING REMAND** |

  This matter, having come before the Court on plaintiff's Motion to Remand to State Court, all responses thereto, as well as applicable law;

  IT IS ORDERED that plaintiff's motion is DENIED.

  DATED this ____ day of May/June, 2006.

                      _____
                       The Honorable Timothy M. Burgess
                       United States District Court Judge

I certify that on May 23, 2006, a copy of the
foregoing was served by ECF on:

Eric T. Sanders, Esq.

_____
Nanci L. Biggerstaff, CPS, PLS
121873.0001/155245.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631