UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

----------------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL ACTIONS

----------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 1 2 2006 ★

BROOKLYN OFFICE

ORDER
MDL-1596

Jack B. Weinstein, Senior United States District Judge:

The parties shall appear by telephone for a status conference on Tuesday, January 17, 2006 at 2:00 p.m. respecting the issue of whether this court should be in touch with state judges who have cases related to this multidistrict litigation, what cases are pending in the state courts, and how many cases there are.

The parties should arrange amongst themselves to call the court at the scheduled time.

SO ORDERED.

_____
Jack B. Weinstein

Dated: January 12, 2005
       Brooklyn, New York

EXHIBIT C
PAGE 1 OF 1