Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Email:      jamiesonb@lanepowell.com

Attorneys for Defendant
Eli Lilly and Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>                              Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>                              Defendant. | Case No. 3:06-cv-00088-TMB<br><br>**ERRATA** |

     Defendant, by and through counsel, submits herewith a revised page 7 to its Opposition to Motion to Remand to State Court (Docket 23). Footnote 10 has been moved, and footnote 10 and the paragraph in which it had been referenced have been revised to eliminate confusion that may have resulted from combining two distinct arguments in footnote 10. Defendant apologizes for any inconvience this may have caused.

     DATED this 24th day of May, 2006.

                                     LANE POWELL LLC
                                     Attorneys for Defendant

                                     By  s/ Brewster H. Jamieson
                                       301 West Northern Lights Boulevard, Suite 301
                                       Anchorage, Alaska  99503-2648
                                       Tel: 907-277-9511
                                       Fax:907-276-2631
                                       Email: jamiesonb@lanepowell.com
                                       ASBA No. 8411122

I certify that on May 24, 2006, a copy of the foregoing was served by ECF on:

Eric T. Sanders, Esq. sanders@frozenlaw.com

  s/ Brewster H. Jamieson
121873.0001/155259.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631