Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
Email:       jamiesonb@lanepowell.com
Attorneys for Defendant
Eli Lilly and Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

STATE OF ALASKA,

                                    Plaintiff,

v.

ELI LILLY AND COMPANY,

                                    Defendant.

Case No. 3:06-cv-00088-TMB

**DEFENDANT'S NOTICE OF**
**SUPPLEMENTAL AUTHORITY**

*(left margin, rotated)* **LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Defendant, Eli Lilly and Company, pursuant to LR 7.1(h)(1)[B], submits this Notice of Supplemental Authority to call a relevant new decision to the attention of the Court.

In *Evans v. Tremont Land Co.*, No. Civ. S-06-503, 2006 WL 1377031 (E.D. Cal. May 18, 2006),[1] the United States District Court for the Central District of California held that removal was proper under *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 125 S. Ct. 2363 (2005), although the complaint did not refer to any federal statute or assert a claim under federal law.

DATED this 7th day of June, 2006.

LANE POWELL LLC
Attorneys for Defendant

By  s/ Brewster H. Jamieson
   301 West Northern Lights Boulevard, Suite 301
   Anchorage, Alaska  99503-2648
   Tel: 907-277-9511
   Fax:907-276-2631
   Email:  jamiesonb@lanepowell.com
   ASBA No. 8411122

I certify that on June 7, 2006, a copy of the
foregoing was served by ECF on:

Eric T. Sanders, Esq. sanders@frozenlaw.com

  s/ Brewster H. Jamieson
121873.0001/155446.1

---

[1]  A copy of the *Evans* decision is attached hereto as Exhibit A.