Eric T. Sanders
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
Email: sanders@frozenlaw.com

Attorneys for Plaintiff State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>       Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>       Defendant.<br>_____ | Case No. 3:06-cv-00088-TMB<br><br>**REQUEST FOR HEARING ON PLAINTIFF'S MOTION TO REMAND** |

      The State of Alaska ("State") filed this action in the State Superior Court on March 1, 2006. Defendant Eli Lilly and Company ("Lilly") removed the case to Federal Court on April 19, 2006.

      On May 8, 2006, the State filed a Motion to Remand to State Court and a Request for Oral Argument. Lilly opposed the remand motion and the matter is now ripe for decision.

      On May 30, 2006, the Clerk of the Panel on MultiDistrict Litigation issued Conditional Transfer Order 52 for a number of "tag-along" actions, including this case.

Request for Hearing of Plaintiff's Motion to Remand
State of Alaska v. Eli Lilly and Company
Case No. 3:06-cv-00088-TMB
Page 1 of 3

As required by the Clerk, the State submitted its Notice of Opposition to the Conditional Transfer Order prior to June 14, 2006. (See Exhibit 1.)

On June 12, 2006, the Clerk gave notice that the "Conditional Transfer Order is stayed until further order of the Panel." (See Exhibit 2.) In addition, the Clerk indicated that the State's motion to vacate the Conditional Transfer Order was due on or before June 27, 2006. The State does plan to move to vacate the Conditional Transfer Order.

For the reasons set forth in the Motion to Remand, it is the State's position that this case should be returned to State Court. If this position is meritorious, this case should not be transferred to In re Zyprexa Products Liability Litigation, MDL-1596. For this reason, the State requests that oral argument on the Motion to Remand be scheduled as soon as the Court's calendar can accommodate the hearing. In short, the State requests a ruling on the remand motion before it is effectively denied by default through transfer to another federal court.

DATED this 27th day of June, 2006.

By  /s/ Eric T. Sanders

FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:        sanders@frozenlaw.com
[Alaska Bar No. 7510085]

Attorneys for Plaintiff State of Alaska

Request for Hearing of Plaintiff's Motion to Remand
State of Alaska v. Eli Lilly and Company
Case No. 3:06-cv-00088-TMB
Page 2 of 3

Certificate of Service

I certify that on June 27, 2006, a copy of the foregoing Request for Hearing on Plaintiff's Motion to Remand was served electronically on:

Brewster H. Jamieson

By    /s/ Eric T. Sanders

Request for Hearing of Plaintiff's Motion to Remand
State of Alaska v. Eli Lilly and Company
Case No. 3:06-cv-00088-TMB
Page 3 of 3