# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Catherine D. Maida
Acting Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

June 12, 2006



FELDMAN ORLANSKY
& SANDERS

Eric T. Sanders, Esq.
Feldman, Orlansky & Sanders
500 L Street
Suite 400
Anchorage, AK 99501

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

  *State of Alaska v. Eli Lilly & Co.*, D. Alaska, C.A. No 3:06-88 (Judge Timothy M. Burgess)

Motion and Brief Due on or before: **June 27, 2006**

Dear Mr. Sanders:

     We have received and filed your Notice of Opposition to the proposed transfer of the referenced matter for coordinated or consolidated pretrial proceedings. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel. You must adhere to the following filing requirements:

1)    **Your Motion and Brief to Vacate the Conditional Transfer Order must be received in the Panel offices by the due date listed above. An ORIGINAL and FOUR copies of all pleadings, as well as a COMPUTER READABLE DISK of the pleading in WordPerfect for Windows format, are currently required for filing. Fax transmission of your motion and brief will not be accepted.** *See* Panel Rule 5.12(d). **Counsel filing oppositions in more than one action are encouraged to consider filing a single motion and brief with an attached schedule of actions.**

2)    **Papers must be served on the enclosed Panel Service List. Please attach a copy of this list to your certificate of service.** (Counsel who have subsequently made appearances in your action should be added to your certificate of service).

3)    **Rule 5.3 corporate disclosure statements are due within eleven days of the filing of the motion to vacate.**

4)    **Failure to file and serve the required motion and brief within the allotted fifteen days will be considered a withdrawal of the opposition and the stay of the conditional transfer order will be lifted.**

- 2 -

Any recent official change in the status of a referenced matter should be brought to the attention of the clerk's office as soon as possible by facsimile at (202) 502-2888. Your cooperation would be appreciated.

Very truly,

Catherine D. Maida
Acting Clerk of the Panel

By Mecca Carter
Mecca S. Carter
Deputy Clerk

Enclosure

cc:    Panel Service List
       Transferee Judge: Judge Jack B. Weinstein
       Transferor Judge: Judge Timothy M. Burgess                  JPML Form 37

PANEL SERVICE LIST (Excerpted from CTO-52)
DOCKET NO. 1596
IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

*State of Alaska v. Eli Lilly & Co.*, D. Alaska, C.A. No. 3:06-88 (Judge Timothy M. Burgess)

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Nina M. Gussack
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Brewster H. Jamieson
Lane Powell, LLC
Attorney's & Counselors
301 W. Northern Lights Blvd.
Suite 301
Anchorage, AK 99503-2648

Eric T. Sanders
Feldman, Orlansky & Sanders
500 L Street
Suite 400
Anchorage, AK 99501

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102