Eric T. Sanders
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       sanders@frozenlaw.com

Attorneys for Plaintiff State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>              Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>              Defendant.<br>_____ | Case No. 3:06-cv-00088-TMB<br><br>**(*Proposed*)**<br>**ORDER GRANTING REQUEST FOR HEARING ON MOTION TO REMAND** |

IT IS HEREBY ORDERED that the Request for Hearing on Plaintiff's Motion to Remand to State Court is GRANTED. A hearing shall be held on the ____ day of _____, 2006, at ____ __.m., in Courtroom _____, at the Federal Courthouse, 222 West 7th Avenue, Anchorage, Alaska.

DATED this ____ day of _____, 2006.

_____
Timothy M. Burgess
U.S. District Court Judge

Certificate of Service

I certify that on June 27, 2006, a copy of the (*Proposed*) Order Granting Request for Hearing on Motion to Remand to State Court was served electronically on:

Brewster H. Jamieson

By /s/ Eric T. Sanders