Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
Email:         jamiesonb@lanepowell.com

Attorneys for Defendant
Eli Lilly and Company

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>                                       Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>                                       Defendant. | Case No. 3:06-cv-00088-TMB<br><br>**MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANT'S MOTION FOR ORAL ARGUMENT ON <u>ITS MOTION TO STAY PROCEEDINGS</u>** |

COMES NOW defendant Eli Lilly ("Lilly"), by and through counsel, and moves the Court for expedited consideration of its motion to schedule oral argument on its pending motion to stay proceedings on July 24, 2006.

Upon removing this case, Lilly filed for a stay of proceedings pending the result of its application for transfer to the MDL. (Docket No. 4.)  Oral argument has not been had and the Court has not ruled on this motion.  The MDL subsequently issued a conditional transfer order, and a final decision is pending.  *See* Docket No. 29.  In the interim, the State filed a motion to remand the case to state court and requested accelerated consideration thereof. (Docket Nos. 10, 11, 12, and 29.  Oral argument on the State's motion is scheduled for July 24, 2006.

Expedited consideration of Lilly's motion to schedule oral argument is necessary because the ordinary briefing schedule would not produce a decision—or even require an Opposition—until after July 24, 2004.  Expedited consideration will also allow both the parties and the court sufficient

time to prepare for argument.  (Because briefing is already complete and rests on facts related to those implicated by the State's motion to remand, such preparation will not be unduly burdensome.)

Lilly therefore respectfully requests that the Court consider the accompanying motion on an expedited basis and render a decision by 5 p.m. on Thursday, July 20, 2006.

DATED this 13th day of July, 2006.

LANE POWELL LLC
Attorneys for Defendant

By  s/ Brewster H. Jamieson
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com
ASBA No. 8411122

I certify that on July 13, 2006, a copy of the foregoing was served by ECF on:

Eric T. Sanders, Esq. sanders@frozenlaw.com

  s/ Brewster H. Jamieson
009867.0038/155863.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631