Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:   907-277-9511
Facsimile:   907-276-2631
Email:          jamiesonb@lanepowell.com

Attorneys for Defendant
Eli Lilly and Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>                              Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>                            Defendant. | Case No. 3:06-cv-00088-TMB<br><br>**DECLARATION OF<br>BREWSTER H. JAMIESON** |

I, Brewster Jamieson, being first duly sworn, declares as follows:

1. I am an attorney with Lane Powell LLC, counsel for Eli Lilly and Company ("Lilly"), and have personal knowledge of the contents of this affidavit. This affidavit is filed in support of Lilly's motion for expedited consideration of its motion to schedule oral argument on its motion to stay proceedings on July 24, 2006.

2. On April 20, 2006, one day after removing this case to federal court, Lilly moved for a stay of proceedings pending the MDL's decision on Lilly's application for transfer. The MDL has since issued a preliminary transfer order, and the final decision is pending.

3. On May 8, 2006, the State requested oral argument on Lilly's motion to stay proceedings and moved to remand the case to state court.

4. On June 27, 2006, the State requested an expedited oral argument schedule on its motion to remand. Consideration of the State's motion would effectively moot Lilly's pending motion to stay proceedings.

5. Expedited consideration is necessary because oral argument on the State's motion is scheduled for July 24, 2006, the ordinary briefing schedule cannot produce a timely ruling on Lilly's motion to schedule oral argument on its motion to stay proceedings on that date. Expedited consideration will also allow the Court and the parties to perform the relatively minimal preparation needed for oral argument.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of July, 2006,

        s/ Brewster H. Jamieson
        301 West Northern Lights Boulevard, Suite 301
        Anchorage, Alaska  99503-2648
        Tel:  907-277-9511
        Fax:  907-276-2631
        Email:  jamiesonb@lanepowell.com
        ASBA No. 8411122

I certify that on July 13, 2006, a copy of the foregoing was served by ECF on:

Eric T. Sanders, Esq. sanders@frozenlaw.com

  s/ Brewster H. Jamieson
009867.0038/155867.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Affidavit of Brewster H. Jamieson**
*State of Alaska v. Eli Lilly and Company* **(Case No. 3:05-cv-00088-TMB)**      Page 2 of 2