Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>                                    Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>                                    Defendant. | Case No. 3:06-cv-00088-TMB<br><br>**PROPOSED**<br>**ORDER GRANTING MOTION**<br>**<u>FOR EXPEDITED CONSIDERATION</u>** |

This matter, having come before the Court on defendant's Motion For Expedited Consideration of defendant's Motion for Oral Argument on Its Motion to Stay Proceedings, all responses thereto, as well as applicable law;

IT IS ORDERED that defendant's motion is GRANTED. Any opposition to defendant's Motion for Oral Argument on Motion to Stay at Same Time Scheduled for Oral Argument on Motion For Remand no later than _____ a.m., July _____, 2006.

DATED this ____ day of July, 2006.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

I certify that on July 13, 2006, a copy of the
foregoing was served by ECF on:

Eric T. Sanders, Esq.

_____
Nanci L. Biggerstaff, CPS, PLS
009867.0038/155872.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631