Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:   907-277-9511
Facsimile:    907-276-2631
Email:           jamiesonb@lanepowell.com

Attorneys for Defendant
Eli Lilly and Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>                                        Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>                                        Defendant. | Case No. 3:06-cv-00088-TMB<br><br>**MOTION FOR ORAL ARGUMENT ON MOTION TO STAY AT SAME TIME SCHEDULED FOR ORAL ARGUMENT ON MOTION FOR REMAND** |

     COMES NOW defendant Eli Lilly and Company ("Lilly"), by and through counsel, and moves the court to hear oral argument on its Motion to Stay Proceedings Pending Transfer to the Judicial Panel on Multidistrict Litigation ("MDL") (Docket No. 4) at the time scheduled for oral argument on the State's Motion to Remand to State Court (Docket No. 10) on July 24, 2006.

**Background**

     On March 1, 2006, plaintiff, the State of Alaska, commenced this action against Lilly by filing a Complaint in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-06-5630 CIV.  Service was effected on Lilly on March 20, 2006.  On April 19, 2006, Lilly removed this action to this Court based on federal question jurisdiction under 28 U.S.C. § 1331 and the principles set forth in *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg*, 125 S. Ct. 2363 (2005).  (Docket No. 1.)

     The next day, Lilly applied for transfer of this case to the MDL in the Eastern District of New York under Judge Weinstein and moved this court for a stay of proceedings pending transfer.  Briefing on Lilly's motion to stay proceedings has been completed.  (Docket No. 4 (motion), 8

(opposition), and 14 (reply).  On May 8, 2006, the State requested oral argument on the motion to stay proceedings.  (Docket No. 9.)  The Court has not yet ruled on the motion or scheduled oral argument.  The MDL subsequently issued a conditional transfer order, which the State opposed.  The transfer is therefore pending final decision by the MDL.

On May 8, 2006, the State moved to remand this action to state court.  (Docket No. 10.)  On June 27, the State requested that the Court schedule oral argument on its motion as soon as possible.  (Docket No. 29.)  Oral argument on the State's motion to remand is scheduled for July 24, 2006 at 2 p.m.  (Docket No. 30.)

**Argument**

The Court should schedule oral argument on Lilly's previously filed motion to stay proceedings at the date and time already slated for oral argument on the State's motion to remand.  As the procedural history of this case demonstrates, the issues surrounding staying proceedings pending the MDL's transfer order and federal subject-matter jurisdiction are closely intertwined.  Simultaneous consideration of the two pending motions will promote the ends of justice and judicial efficiency while imposing no prejudice on the State.

Moreover, hearing argument on the two motions simultaneously will promote judicial efficiency.  Scheduling oral argument on both motions for July 24 will allow the Court to consider the procedurally related motions at the same time.  Consideration of the previously filed motion to stay proceedings before the motion to remand would make sense, as the motion was filed first in time and is analytically prior to the remand decision.  Consideration of the motion to stay proceedings may render unnecessary a ruling on the complex issue of federal subject-matter jurisdiction.

Furthermore, the State will not be prejudiced by oral argument on the pending motion to stay on July 24.  The State was the party that requested oral argument on Lilly's motion to stay proceedings.  (Docket No. 9.)  The motion to stay proceedings has been pending for months—since the day that this case was removed to federal court.  Briefing on this motion was complete on May 15, 2006, and the State can claim no unfair surprise.  Moreover, the State has demonstrated a willingness to resolve pending motions on shortened time by asking for an expedited decision on its motion to remand.  *See* Docket No. 29.  In short, the State requested oral argument on Lilly's motion

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Motion For Oral Argument On Motion To Stay At Same
Time Scheduled For Oral Argument On Motion For Remand**
*State of Alaska v. Eli Lilly and Company* (Case No. 3:05-cv-00088-TMB)                                    Page 2 of 3

to stay proceedings and subsequently moved to expedite those proceedings. Finally, because the issues of federal jurisdiction and the stay are intertwined and rest on similar facts, preparation for the arguments will not be unduly burdensome.

Conversely, remand before the MDL transfer can be effected would result in significant prejudice to Lilly. Remand would place Lilly at risk of duplicative litigation, with its attendant unnecessary costs and the prospect of inconsistent verdicts. The Court has previously recognized that this situation should be resolved by granting a stay of proceedings pending MDL resolution of the transfer application. *See* Exhibit A, Order in State of Alaska v. Merck & Co., Case No. 3:06-cv-0018-TMB.

### Conclusion

Hearing oral argument and considering Lilly's motion to stay proceedings pending the MDL's transfer order will avert possible serious prejudice to Lilly while promoting judicial efficency and causing no prejudice to the State. Lilly therefore respectfully requests that the Court hear oral argument on the motion to stay proceedings on July 24, 2006 at the time scheduled for oral argument on the State's motion to remand (in addition to the already scheduled oral argument on the State's motion).

DATED this 13th day of July, 2006.

LANE POWELL LLC
Attorneys for Defendant

By  s/ Brewster H. Jamieson
   301 West Northern Lights Boulevard, Suite 301
   Anchorage, Alaska  99503-2648
   Tel: 907-277-9511
   Fax: 907-276-2631
   Email: jamiesonb@lanepowell.com
   ASBA No. 8411122

I certify that on July 13, 2006, a copy of the foregoing was served by ECF on:

Eric T. Sanders, Esq. sanders@frozenlaw.com

   s/ Brewster H. Jamieson
009867.0038/155860.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Motion For Oral Argument On Motion To Stay At Same Time Scheduled For Oral Argument On Motion For Remand**
*State of Alaska v. Eli Lilly and Company* (Case No. 3:05-cv-00088-TMB)                    Page 3 of 3