Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Email:  jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>                              Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>                              Defendant. | Case No. 3:06-cv-00088-TMB<br><br>**PROPOSED**<br>**ORDER** |

This matter, having come before the Court on defendant's Motion for Oral Argument on Motion to Stay at Same Time Scheduled for Oral Argument on Motion For Remand, all responses thereto, as well as applicable law;

IT IS ORDERED that defendant's motion is GRANTED.  Oral argument on defendant's Motion to Stay Proceedings Pending Transfer to the Judicial Panel on Multidistrict Litigation (Docket No. 4) will be held at the same time as oral argument on plaintiff's Motion to Remand to State Court (Docket No. 10), July 24, 2006, at 2 p.m. in Courtroom1.

DATED this ____ day of July, 2006.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

I certify that on July 13, 2006, a copy of the foregoing was served by ECF on:

Eric T. Sanders, Esq.

_____
Nanci L. Biggerstaff, CPS, PLS
009867.0038/155873.1