Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Email:  jamiesonb@lanepowell.com

Attorneys for Defendant
Eli Lilly and Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| STATE OF ALASKA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 3:06-cv-00088-TMB |
| ELI LILLY AND COMPANY, | **MOTION OF NONRESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE** |
| Defendant. | |

    Pursuant to L.R. 83.1(d), defendant moves to permit Rachel B. Weil of Pepper Hamilton LLP, 3000 Two Logan Square, Philadelphia, Pennsylvania 19103-2799, phone number 215-981-4460, to appear and participate as attorney for defendant in the above-captioned action.  Ms. Weil, as shown by the attached certificate, as well as the attached Declaration of Rachel B. Weil, is a member in good standing of the Bar of the Commonwealth of Pennsylvania, as well as the United States District Court for the Eastern District of Pennsylvania, and is not otherwise disqualified from practicing law in the State of Alaska.

    Applicant will be associated with Brewster H. Jamieson, ASBA No. 8411122, of Lane Powell LLC, whose address is 301 West Northern Lights Boulevard, Suite 301, Anchorage, Alaska

99503-2648, phone number 907-277-9511, and who is authorized to practice in this court and the courts of this state.

It is requested that Ms. Weil be added to the service list at email address: weilr@pepperlaw.com.

DATED this 14th day of July, 2006.

> LANE POWELL LLC
> Attorneys for Defendant
>
> By  s/ Brewster H. Jamieson
>   301 West Northern Lights Boulevard, Suite 301
>   Anchorage, Alaska  99503-2648
>   Tel: 907-277-9511
>   Fax:907-276-2631
>   Email: jamiesonb@lanepowell.com
>   ASBA No. 8411122

I certify that on July 14, 2006, a copy of the foregoing was served by ECF on:

Eric T. Sanders, Esq. sanders@frozenlaw.com

  s/ Brewster H. Jamieson
009867.0038/155879.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Motion for Nonresident Attorney to Appear and Participate**
*State of Alaska v. Eli Lilly and Company* **(Case No. 3:05-cv-00088-TMB)**    Page 2 of 2