IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>                  Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>                  Defendant. | Case No. 3:06-cv-00088-TMB |

### DECLARATION OF RACHEL B. WEIL

I, Rachel B. Weil, declare and state as follows:

1. In accordance with Rule 83.1(d)(4) [A] and [B] of the Local Civil Rules of the United States District Court for the District of Alaska, I hereby apply to this Court for admission *pro hac vice* for Defendant Eli Lilly and Company in the above-captioned matter. I have personal knowledge of the facts stated herein, and if called upon to testify, I could and would testify completely as follows:

2. I have been known by the following names during my legal career:

    a.    Rachel Beth Weil

    b.    Rachel Beth Eisner

3. I reside at 2 Esprit Terrace, Wayne, Pennsylvania, 19087. My business address is Pepper Hamilton LLP, 3000 Two Logan Square, 18th & Arch Streets, Philadelphia, Pennsylvania 19103.

-2-

4. I am a member in good standing of the bar of the Commonwealth of Pennsylvania, to which I was admitted in 1987, and the bar of the United States District Court for the Eastern District of Pennsylvania, to which I was also admitted in 1987. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have read the Local Rules of the United States District Court for the District of Alaska, and I understand that I will be bound by these Rules.

6. I am submitting herewith a Certificate of Good Standing issued on July 12, 2006 by the Supreme Court of Pennsylvania.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of July, 2006, at Philadelphia, Pennsylvania.

_____
Rachel B. Weil