

## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Rachel Beth Weil, Esq.*

**DATE OF ADMISSION**

*November 12, 1987*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 11, 2006

*Patricia Johnson*
Patricia A. Johnson
Chief Clerk