Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Email:  jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA,<br><br>         Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>         Defendant. | Case No. 3:06-cv-00088-TMB<br><br>**PROPOSED<br>ORDER GRANTING NONRESIDENT<br>ATTONEY TO APPEAR AND PARTICIPATE** |

   THIS COURT, having considered defendant's Motion of Nonresident Attorney to Appear and Participate, responses thereto, as well as applicable law;

   IT IS ORDERED that defendant's motion is GRANTED.  Rachel B. Weil is authorized to appear and participate in the above-captioned matter in this Court.  IT IS FURTHER ORDERED that service will be made electronically upon Ms. Weil at email address: weilr@pepperlaw.com.

   DATED this ____ day of July, 2006.

                      _____
                      The Honorable Timothy M. Burgess
                      United States District Court Judge

I certify that on July 14, 2006, a copy of the
foregoing was served by ECF on:

Eric T. Sanders, Esq.

_____
Nanci L. Biggerstaff, CPS, PLS
009867.0038/155880.1