JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 6 2006

FILED
CLERK'S OFFICE

# DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

*State of Alaska v. Eli Lilly & Co.,* D. Alaska, C.A. No. 3:06-88

## ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE SEPTEMBER 28, 2006, HEARING SESSION

A conditional transfer order was filed in this action (*Alaska*) on May 30, 2006. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Alaska* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Alaska* was remanded to the Superior Court for the State of Alaska, Third Judicial District at Anchorage, by the Honorable Timothy M. Burgess in an order filed on July 28, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-52" filed on May 30, 2006, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 10, 2006, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

A CERTIFIED TRUE COPY

AUG 1 6 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION